TAMS-WITMARK MUSIC LIBRARY, INC., Appellant, *v.* NEW OPERA COMPANY, INC., Respondent, and DANIEL L. BROWN, Impleaded Defendant-Appellant, et al., Defendants.

Argued March 9, 1948; decided July 16, 1948.

*Louis Okin* and *Saul J. Baron* for motion.

*Albert R. Connelly, George S. Collins* and *Jack W. Robbins* opposed.

Motion denied.